**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**MARTIN WOLINSKI**                                                                              **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO.: 3:13-cv-185-MPM-JMV**

**JERRY ZILLIGEN, ET AL.**                                                    **DEFENDANTS**

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO DEPOSE WITNESS
CONFINED TO PRISON**

      This matter is before the court on plaintiff's unopposed motion [35] pursuant to Federal Rule Civil Procedure 30(a)(2)(B) to take a videotaped deposition of a fact witness, Patricia Adams. Ms. Adams is confined to prison in the Texas Department of Criminal Justice in the Lucille Plane State Jail located at 904 F.M. 686, Dayton, Texas, 77535. Her Texas Department of Criminal Justice number is 01900081. In as much as the motion is unopposed and the deponent is an apparent witness to the accident at issue in this case, leave is **GRANTED** to allow the taking of the requested deposition within the time allotted for discovery and in accordance with Federal Rule of Civil Procedure 26 and the subject prison facilities' requisites for prison admission for this purpose.

      **SO ORDERED**, this the 4th day of March, 2014.

                                                        /s/ Jane M. Virden
                                                      **UNITED STATES MAGISTRATE JUDGE**