**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**MARTIN WOLINSKI**                                                                      **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 3:13-cv-185-MPM-JMV**

**JERRY ZILLIGEN, et al.**                                                              **DEFENDANTS**

**ORDER HOLDING DOCUMENT UNDER SEAL**

This matter comes before the Court upon the motion of the Plaintiff to hold a document under seal [52]. Upon consideration, the Court finds that good cause exists for Document # 51 and its attachments to be held under seal and that the Motion is well taken and should be granted. Accordingly, it is hereby ordered that Plaintiff's Motion to Seal is **GRANTED**. Document 51 and its attachments shall be held under seal, limiting access by the public to said documents.

**SO ORDERED** this, the 17th day of June, 2014.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**